**Electronically Filed
Supreme Court
SCPW-12-0000978
30-JAN-2013
10:10 AM**

SCPW-12-0000978

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

MICHAEL C. TIERNEY, Petitioner,

vs.

SHERIFF'S DIVISION, DEPARTMENT OF PUBLIC
SAFETY, STATE OF HAWAI‘I, Respondents.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Michael C. Tierney's motion for reconsideration of the January 4, 2013 order denying his petition for a writ of mandamus, which was electronically filed by the appellate clerk on January 24, 2013, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, January 30, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

